# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2901
_____

E.P., Mother of S.M., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Barbara K. Hobbs, Judge.


April 4, 2025

PER CURIAM.

This court denies the motion filed March 21, 2025. This court grants the motions to dismiss and dismisses the appeal. *See O.I.C.L. v. Fla. Dep't of Child. & Fams.*, 205 So. 3d 575, 578 (Fla. 2016). DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

E.P., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals and Sarah T. Weitz, Senior Attorney, of Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.